

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-19-00340-CR

HENRY JAMES SAMORA, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 320th District Court
Potter County, Texas
Trial Court No. 77,765-D-CR, Honorable Pamela Cook Sirmon, Presiding

November 4, 2019

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Pursuant to a plea bargain agreement, appellant Henry James Samora was convicted for failure to comply with sex offender registration requirements[1] and sentenced to eight years' confinement. The trial court's certification of appellant's right of appeal reflects that appellant's case is a plea-bargain case with no right of appeal and that

---

[1] TEX. CODE CRIM. PROC. ANN. art. 62.102 (West 2018).

appellant has waived the right of appeal.  TEX. R. APP. P. 25.2(a)(2), (d).  Notwithstanding the certification, appellant filed a notice of appeal challenging his conviction.

We are required by Rule of Appellate Procedure 25.2(d) to dismiss an appeal "if a certification that shows the defendant has the right of appeal has not been made part of the record."  By letter dated October 9, 2019, we notified appellant of the consequences of the certification and invited him to file an amended certification showing a right of appeal or demonstrate other grounds for continuing the appeal by October 21.  Appellant has not responded to the Court's letter to date.

Accordingly, the appeal is dismissed.  TEX. R. APP. P. 25.2(d).

Per Curiam

Do not publish.